Michael L. SHAKMAN and Paul M. Lurie, Plaintiffs–Appellees,

v.

CITY OF CHICAGO, Defendant–Appellant.

No. 05–2134.

United States Court of Appeals, Seventh Circuit.

Submitted April 26, 2005.

Decided Nov. 17, 2005.

Rehearing Denied Dec. 14, 2005.

Timothy M. Maggio, Lord Bissell & Brook, Chicago, IL, for Plaintiffs–Appellees.

Kerrie Maloney Laytin, Office of the Corporation Counsel Appeals Division, Chicago, IL, for Defendant–Appellant.

Before COFFEY, RIPPLE, and KANNE, Circuit Judges.

## ORDER

The judgment of the district court is vacated and the case is remanded to the district court for further proceedings consistent with our opinion in Shakman v. City of Chicago, 426 F.3d 925 (7th Cir. 2005). The parties shall bear their own costs in this court.